

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2017

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Stefan Buck**
            **13 Cr. 282 (VM)**

Dear Judge Marrero:

    The Government writes with respect to the upcoming trial in the above-referenced matter, which is currently scheduled to begin on September 18, 2017. With the consent of the defense, the Government respectfully requests that the trial be rescheduled to begin approximately three weeks later, on October 10, 2017, which is the day after Columbus Day. The reason for the request is to accommodate a three-defendant case that I am scheduled to try before the Honorable Katherine B. Forrest. The case before Judge Forrest was scheduled today to begin on August 14, 2017, and is expected to last until early to mid-September 2017.

    The Government thanks the Court for its consideration of this request. In the event that this request is granted, the Government also moves, with the consent of the defense, to exclude from the Speedy Trial Act's operation the time between September 18, 2017 and October 10, 2017, in the interests of justice. See 18 U.S.C. § 3161(h)(7)(A).

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney


                        By:   */s/ Sarah Paul*
                            Sarah E. Paul
                            Assistant United States Attorney
                            (212) 637-2326

cc:    Marc Agnifilo, Esq. (by ECF)