USDC SDNY
DOCUMENT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
UNITED STATES OF AMERICA            :
       -v-                         :   13 Cr. 282 (JSR)
STEFAN BUCK,                        :
       Defendant.                  :
---------------------------------x

### VERDICT

On the charge of conspiracy, we the jury find the defendant Stefan Buck:

Guilty _____          Not Guilty ✓

_Deborah Kaufman_
FOREPERSON

Date: November 21, 2017