AO 245A  (Rev  12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

UNITED STATES OF AMERICA

V.

Stefan Buck

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 13cr282-02 (JSR)

 

 

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11/27/17

_Signature of Judge_

| Hon. Jed S. Rakoff, | U.S.D.J. |
|---|---|
| Name of Judge | Title of Judge |

11/21/17
Date